Order entered December 16, 2016



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01123-CV

## IN THE INTEREST OF A.F.S., A.F.S., AND A.F.S., CHILDREN

**On Appeal from the 255th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-15-22319**

## ORDER

Appellant has failed to comply with our October 26, 2016 directive to file written verification he has requested the reporter's record and either paid or made arrangements to pay the reporter's fee or been found entitled to proceed without payment of costs. Having cautioned appellant at the time of our directive that failure to comply could result in the appeal being submitted without that record, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). As the clerk's record has been filed, we further **ORDER** appellant to file his brief on the merits no later than January 16, 2017. *See id.* 38.6(a).

/s/    CRAIG STODDART
       JUSTICE